**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: Divyang Goswami, | CASE NO. 20-66432-PWB |
| DEBTOR. | CHAPTER 13 |

**NOTICE OF APPEARANCE**

Notice is HEREBY GIVEN that David Galler, counsel for the Debtor(s) in the above-styled case, is deceased. Brandon K. Honsalek and Honsalek Law, LLC have been selected by Debtor(s) to serve as Debtor(s) counsel in this case from this point forward.

Attached hereto as Exhibit "A" is the consent of Debtor(s) to this new representation of counsel. Debtor(s) request that all attorney's fees from this day forward be paid to their new attorney of record, Brandon K. Honsalek.

All further notices, pleadings, communications and correspondence should be directed to:

Brandon K. Honsalek
Honsalek Law, LLC
2194 North Road
Snellville, GA 30078
Phone: 404-913-6992
Email: brandon@honsalek.com
Email: chasity@honsalek.com

Dated: July 19, 2021.

Respectfully submitted,

Honsalek Law, LLC
2194 North Road
Snellville, GA 30078
Phone: 404-913-6992
Email: brandon@honsalek.com

/s/ Brandon K. Honsalek
Brandon K. Honsalek
Georgia Bar No. 742962
*Attorney for Debtor(s)*

Honsalek Law, LLC
2194 North Road
Snellville, GA 30078



Exhibit "A"

July 19, 2021

Divyang Goswami
512 West Crogan Street
Lawrenceville, GA 30046

    Re:    Consent to new attorney representation in your bankruptcy case

Dear Mr. Goswami,

As you are now aware, your former bankruptcy attorney, Mr. David Galler, is deceased. Myself and my firm, Honsalek Law, LLC d/b/a Debt Freedom GA, are offering to take over your bankruptcy case and represent you for the full duration of your bankruptcy case under the same terms and conditions you had with Mr. Galler. You of course do not have to select me as your attorney. You are free to select a new attorney unrelated to myself or Mr. Galler. If you do not choose me as your attorney, you will be *unrepresented by counsel* and should immediately hire another attorney to ensure continued representation in your bankruptcy case.

Please indicate your decision below and sign and return to my office so that continuity in your representation is assured.

    Sincerely,

    Brandon K. Honsalek
    *Attorney at Law*

x    I wish for Brandon K. Honsalek and Honsalek Law, LLC to represent me in my bankruptcy case.

    I wish to select a new attorney unrelated to Honsalek Law, LLC.

    Signed,

    Divyang Goswami

---

Honsalek Law, LLC
2194 North Road
Snellville, Georgia 30078
(404) 913-6992 | brandon@honsalek.com