# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 20-66432-PWB | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | GOSWAMI, DIVYANG | Date Filed (f) or Converted (c): | 05/17/2020 (f) |
| | | § 341(a) Meeting Date: | 06/22/2020 |
| For Period Ending: | 06/30/2021 | Claims Bar Date: | 11/30/2020 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2003 Toyota Sequoia, 310,000 miles<br>Notice of Abandonment filed on 8/31/20, Dkt # 13. | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Household goods and furnishings | 3,500.00 | 0.00 | | 0.00 | FA |
| 3 | Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account: Ameris Bank | 500.00 | 0.00 | | 0.00 | FA |
| 8 | IRA: Ameris Bank | 6,500.00 | 0.00 | | 0.00 | FA |
| 9 | Int. in Ins. policies: wife<br>Policy was scheduled at the death benefit value. There is no cash surrender value. | 250,000.00 | 0.00 | | 0.00 | FA |
| 10 | Pre-petition Transfer of Assets (u)<br>Complaint to be filed. | 1.00 | 1.00 | | 0.00 | 1.00 |
| 10 | Assets    Totals    (Excluding unknown values) | **$262,901.00** | **$1.00** | | **$0.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

8/31/2020 - Trustee is investigating the transfer of assets pre-petition in what appears to be an effort to avoid creditors.

6/30/2021 - Draft of complaint relating to the pre-petition transfer of assets being prepared.

**Initial Projected Date Of Final Report (TFR):**    12/31/2022    **Current Projected Date Of Final Report (TFR):**    12/31/2022

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 20-66432-PWB  
**Case Name:** GOSWAMI, DIVYANG  

**For Period Ending:** 06/30/2021

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 05/17/2020 (f)  
**§ 341(a) Meeting Date:** 06/22/2020  
**Claims Bar Date:** 11/30/2020

07/30/2021  
Date

/s/S. Gregory Hays  
S. Gregory Hays