# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: **DIVYANG GOSWAMI,** | CASE NO. 20-66432-PWB |
| DEBTOR. | CHAPTER 7 |

## CHANGE OF ADDRESS

Updated address for:   DIVYANG GOSWAMI

Old Address:   512 West Crogan Street
Lawrenceville, GA 30046

New Address:   1760 Lakes Parkway Apt 1207
Lawrenceville, GA 30043

Furnished by:   Brandon K. Honsalek
414 Pine Grove Ave., 2nd Floor
Grayson, GA 30017

Effective Date:   June 20, 2022